IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK S. TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-138 (MTT) |
| CORNELIUS COLEMAN | ) |
| Respondent. | ) |

### ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle (Doc. 18) on the Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus (Docs. 1, 8). The Magistrate Judge recommends dismissing the petition because: (1) the sentences in most of the cases the Petitioner is challenging have expired and the Petitioner has not shown any collateral consequences remain from these sentences; and (2) the Petitioner has failed to exhaust the state corrective process for the remaining case and has not shown the state process is unavailable or ineffective. The Magistrate Judge further recommends denying a certificate of appealability because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. The Petitioner has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 18) is **ADOPTED** and made the order of this Court. Accordingly, the Respondent's motion to dismiss (Doc. 14) is **GRANTED**, the petition is **DISMISSED without prejudice**, and a certificate of appealability is **DENIED**.

-2-

**SO ORDERED**, this 21st day of March, 2014.

                <u>S/ Marc T. Treadwell</u>
                MARC T. TREADWELL, JUDGE
                UNITED STATES DISTRICT COURT